UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                                    Plaintiff,<br><br>v.<br><br>FRAUENBERGER PROPERTY<br>MANAGEMENT, LLC, et al.,<br><br>                                    Defendants. | Case No.:  18cv1707-GPC (NLS)<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE;**<br><br>**(2) DENYING JOINT MOTION TO EXCUSE PERSONAL ATTENDANCE**<br><br>**[ECF No. 21]** |

        Before the Court is the parties' joint motion to continue the Early Neutral

Evaluation Conference ("ENE"), currently set for February 4, 2019.  ECF No. 21.  The

Court previously granted one extension request, where the parties requested a

continuance because Plaintiff was planning to file an amended answer to substitute out

Defendants Tammy Nguyen and Joseph Nguyen, who are no longer tenants at the subject

property.  ECF Nos. 12-13.  Subsequently, the parties filed a joint motion to amend the

complaint, and were granted permission to file the amended complaint, naming new

Defendants Richard Reissler and Clara Reissler as tenants of the subject property.  ECF

Nos. 14, 15, 17.  However, it appears that the two new Defendants have not yet been served, and therefore, have not answered.  ECF No. 21 at 1-2.  Thus, the parties request another continuance because they believe having a settlement conference without the new parties present would not be productive.  *Id.* at 2.

Since it appears that the new Defendants are significant parties to this action affecting settlement potential, the Court **GRANTS** the motion and **RESETS** the ENE for **March 26, 2019** at **2:30 p.m.** to take place in the Chambers of Magistrate Judge Nita L. Stormes, Carter-Keep United States Courthouse, 333 West Broadway, Suite 1210, San Diego, California 92101.[1]  In addition, since several weeks have already passed since the amended complaint was filed and the summons was issued (*see* ECF Nos. 17, 19), to avoid further delay, the Court sets a deadline of **February 8, 2019** for Plaintiff to serve the new Defendants.  Plaintiff is also ordered to serve a copy of this order on the new Defendants.

In light of the prior extension given to the parties on the first ENE, if the parties have not yet met and conferred at the subject property, no later than **March 12, 2019**, counsel for the parties, and any unrepresented parties, must meet and confer in person at the subject premises regarding settlement of (1) the alleged premise violations, and (2) damages, costs and attorney's fees.  Plaintiff's counsel is responsible to arrange the conference.  The meet and confer obligation cannot be satisfied by telephone or the exchange of letters.  No later than **March 19, 2019**, counsel for all parties shall lodge with Magistrate Judge Stormes' chambers a joint statement no longer than two (2) pages, certifying that the required in-person conference between counsel took place and setting forth the results of the meet and confer and the issues remaining to be discussed at the

---

[1] The Court's Chamber Rules require all named parties, all counsel, and any other person(s) [e.g. insurance adjusters] whose authority is required to negotiate and enter into a full and binding settlement to appear in person at the ENE.  *See* Judge Stormes Civil Case Procedures § IV.

18cv1707-GPC (NLS)

ENE.

Finally, the parties also request permission for Defendant Frauenberger Property Management LLC's managing member, who lives in Hawaii, to attend the newly set ENE telephonically. Distance of travel alone does not constitute extraordinary circumstances for which the Court excuses personal attendance at the ENE. *See* Judge Stormes Civil Case Procedures § IV.B ("The Court will not grant requests to excuse a required party from personally appearing absent 'extraordinary circumstances.' Distance of travel or expense alone do not constitute 'extraordinary circumstances.'"). Defendant has not put forth any other reason for this request. Thus, the Court **DENIES** the request to excuse personal appearance at the ENE at this time.

**IT IS SO ORDERED.**

Dated: February 1, 2019

Hon. Nita L. Stormes
United States Magistrate Judge